```
1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  RUSSELL STRICKLER
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,  )  Case No. 2:07-cr-338 GEB
                              )
12          Plaintiff,        )  REQUEST FOR ORDER
                              )  EXONERATING ALL BAIL; **ORDER**
13     v.                     )  **THEREON**
                              )
14                            )  Date:
                              )  Time:
15 RUSSELL STRICKLER          )  Judge: GREGORY G. HOLLOWS
                              )
16          Defendant.
17 _____
```

Defendant's case was closed in 2008, and he has been incarcerated since that time. Recently, his father desired to re finance his property and was advised that the lien in favor of this court had not been relinquished.

The defendant now moves for an order exonerating the bail in this case.

Request For Order

<u>ORDER</u>

GOOD CAUSE APPEARING, it is so ordered.

Bail is exonerated.

DATED: July 18, 2012

/s/ Gregory G. Hollows

_____
THE HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE